## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW P. COOK, <br><br> Plaintiff, <br><br> v. <br><br> MERCHANTS' CREDIT GUIDE CO., <br><br> Defendant. | Case No. 21-cv-02836 <br><br> Judge John F. Kness |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's counsel, and Defendant and Defendant's counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be and hereby is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.


Attorney for Plaintiff

*/s/Adam M. Altman*
Adam M. Altman, Ltd.
1000 S. Clark St., #1707
Chicago, IL 60605
(773) 426-6373
adam.altman@amalawltd.com
Atty. No. 6310938

Attorney for Defendant

*/s/David M. Schultz*
Ruddy S.A. Abam
Hinshaw & Culbertson LLP
151 N. Franklin St., Ste. 2500
Chicago, IL 60606
Phone: (312) 704-3000
Fax: (312) 704-3001
dschultz@hinshawlaw.com
Rabam@hinshawlaw.com

# CERTIFICATE OF SERVICE

   I hereby certify that on March 16, 2022, I electronically filed a copy of the foregoing Stipulation of Dismissal With Prejudice. Notice of this filing will be sent by operation of the Court's electronic filing system, to all parties of record.

**Dated: March 16, 2022**                    Respectfully submitted,

                                */s/Adam M. Altman*
                                Plaintiff's Attorney